UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:13-CR-216-T-17JSS

FRANCISCO RIVAS-ROSERO.

_____/

ORDER

This cause is before the Court sua sponte. On March 5, 2018, the Court received the attached letter (Exhibit 1) dated February 28, 2018 from Eliana Pedrozo Eljach, General Consul of Colombia, as to Defendant Francisco Rivas-Rosero.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5th day of March, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record